No. 389. UNITED STATES EX REL. KNICKERBOCKER INSURANCE CO. *v.* MELLON, SECRETARY OF THE TREASURY, ET AL. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. H. Stanley Hinrichs, John Walsh* and *Frank S. Bright* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, J. Frank Staley,* and *Thomas E. Rhodes* for respondents.

No. 390. PACENT REPRODUCER CORP. ET AL. *v.* WESTERN ELECTRIC CO., INC., ET AL.; and

No. 460. CHISHOLM ET AL. *v.* DEITEL. October 20, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. Houston Kenyon* and *Theodore S. Kenyon* for Pacent Reproducer Corp. et al. *Mr. C. P. Goepel* for Chisholm et al. *Messrs. Charles Neave* and *Wm. R. Ballard* for Western Electric Co. et al. *Mr. W. P. Preble* for Deitel. Reported below: 42 F. (2d) 116, 172.

No. 391. JONES STORE CO. ET AL. *v.* KANSAS CITY. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Maurice H. Winger* for petitioners. *Mr. J. C. Petherbridge* for respondent.

No. 392. KUDY ET AL. *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. M. M. Doyle* and *Martin J. Brennan* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for respondent.